# EXHIBIT A

US005513126A

# United States Patent [19]

## Harkins et al.

[11] Patent Number: 5,513,126

[45] Date of Patent: Apr. 30, 1996

[54] **NETWORK HAVING SELECTIVELY ACCESSIBLE RECIPIENT PRIORITIZED COMMUNICATION CHANNEL PROFILES**

[75] Inventors: **Larry E. Harkins**, Rochester; **Ken Hayward**, Brockport; **Thomas J. Herceg**, Pittsford; **Jonathan D. Levine**, Rochester; **David M. Parsons**, Fairport, all of N.Y.

[73] Assignee: **Xerox Corporation**, Stamford, Conn.

[21] Appl. No.: **130,828**

[22] Filed: **Oct. 4, 1993**

[51] Int. Cl.$^6$ .................................................. **H04L 12/28**

[52] U.S. Cl. .............................. **364/514 A**; 395/200.02; 358/402; 358/407

[58] Field of Search ............................. 364/514, DIG. 1, 364/284; 395/200, 325; 348/15; 358/400, 402, 407

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,893,307 | 1/1990 | McKay et al. | 370/94.1 |
| 4,941,170 | 7/1990 | Herbst | 379/100 |
| 5,008,853 | 4/1991 | Bly et al. | 364/518 |
| 5,113,499 | 5/1992 | Ankney et al. | 395/325 |
| 5,125,075 | 6/1992 | Goodale et al. | 395/200 |
| 5,276,731 | 1/1994 | Arbel et al. | 379/88 |
| 5,317,562 | 5/1994 | Nardin et al. | 370/16 |
| 5,347,632 | 9/1994 | Filepp et al. | 395/200 |
| 5,404,505 | 4/1995 | Levinson | 395/500 |

## OTHER PUBLICATIONS

Terry, Douglas B. et al., *Managing Stored Voice in the Etherphone System*, (Computer Science Laboratory, Xerox Palo Alto Research Center), copyright 1986.

*Primary Examiner*—Emanuel T. Voeltz
*Assistant Examiner*—Kyle J. Choi
*Attorney, Agent, or Firm*—Ronald F. Chapuran; Thomas B. Zell

[57] **ABSTRACT**

A method for a sender to automatically distribute information to a receiver on a network using devices (such as printers and facsimile machines) and communication channels (such as electronic mail) defined in a receiver profile. The receiver profile establishes the properties and mode for receipt of information for receivers on the network and the profile is published in a network repository for all network users or is accessible by selected groups or individuals on the network. Receivers have additional control over network senders by defining an information filter which further controls sender channel access (to a receiver) by defining some channels as having priority of access such as direct or delayed access, as well as selectively permitting senders to override the receiver profile. Consequently, receiver profiles provide a variable receiver definable link to senders using multiple forms of media as well as multiple hardware platforms and network configurations.

**45 Claims, 11 Drawing Sheets**





FIG. 1



FIG. 2

*FIG. 3*





FIG. 4



FIG. 5



FIG. 6



FIG. 7

*FIG. 8*



FIG. 9

*FIG. 10*

FIG. 11

5,513,126

1

# NETWORK HAVING SELECTIVELY ACCESSIBLE RECIPIENT PRIORITIZED COMMUNICATION CHANNEL PROFILES

## BACKGROUND OF THE INVENTION

The present invention relates to a method and apparatus for improving communication between devices or stations on a network. More specifically, the invention relates to a network having recipient defined communication channel profiles and the capability of network access of the profiles.

As networks and systems become more integrated and more complex, the amount and speed of information flow between users creates a need for more versatile and more efficient control over the information flow process. Current systems do not enable receivers of information to define how they prefer their information received. Typically a sender controls the form information should take, forcing the receiver to accept information in the form defined by the sender.

Protocols defining integrated system behavior for devices such as printers, scanners, workstations and facsimiles, are well known. These protocols define how the systems should integrate across networks. Operational transparency across networks and device platforms, provide users with an increasingly integrated and transparent system environment. In this environment the manipulation of information (such as documents) is transparent to users as a result of the various network protocols that define the manner in which devices manipulate information. For example, "Office Systems Technology" Xerox Corporation, Palo Alto, Calif., 1984, OSDR8203, is an overview of the Xerox Corporation "8000" series products, which include workstations, services, ethernet and software development. The "8000" series products are integrated using Ethernet and the Xerox Network Systems Communication Protocols which include: Internet Transport Protocols: Xerox System Integration Standard, Xerox Corp., Stamford, Conn., December 1981, XSIS-028112; Courier: The Remote Procedure Call Protocol, Xerox System Integration Standard, Xerox Corp., Stamford, Conn., December 1981, XSIS-038112; Clearinghouse Protocol, Xerox Corp., Stamford, Conn., April 1984, XSIS-078404; Authentication Protocol, Xerox Corp., Stamford, Conn., April 1984, XSIS-098404; Filing Protocol, Xerox Corp., Stamford, Conn., May 1986, XNSS-108605. Another example of an integrated system is the ISDN telephone network that provides services such as fax mail boxes and voice mail boxes.

The following Xerox Corporation U.S. patents include examples of systems indicating a network, server and printer usually having shared remote user terminals: U.S. Pat. Nos. 5,153,577; 5,113,517; 5,107,443; 5,072,412; 5,065,347; 5,008,853; 4,947,345; 4,939,507; 4,937,036; 4,899,136; 4,531,239; 3,958,088; 3,920,895, also, Fuji Xerox Co. U.S. Pat. No. 5,113,355. By way of background for system user interfaces, U.S. Pat. Nos. 5,072,412 and 5,107,443 disclose workspaces having an object-based user interface that appear to share windows and other display objects. A display system object can be linked to several workspaces giving workspaces the appearance of shared windows. These workspaces can be navigated through using metaphors such as moving from one room to another through doors. Additionally, these workspaces can be shared by groups of users over a network. Also of interest are U.S. Pat. No. 5,008,853 disclosing shared structured data by multiple users across a network, and U.S. Pat. No. 5,065,347 disclosing a method of

2

presenting information hierarchically using a folder metaphor. Also noted is a print server disclosure by IBM Corp. U.S. Pat. No. 4,651,278 issued Mar. 17, 1987 to A. Herzog, et al. Also, noted for examples of printer controls are Xerox Corporation U.S. Pat. No. 5,133,048, and the October 1990 publication "The Xerox DocuTech® Production Publisher" from BIS CAP International, Newtonville, Mass., by Charles LeComte. Noted also are Xerox Corporation U.S. Pat. No. 5,170,340, and allowed U.S. Ser. No. 07/591,324, on networking thereof. Additionally, "Acrobat" products by "Adobe" will provide transparent document sharing. "Acrobat" can be viewed using a portable document format, through a "PostScript" file format that describes pages and their interrelation within a document.

Also noted are commercial network systems with printers is the 1992 Xerox Corporation "Network Publisher" version of the "DocuTech®" publishing system, including the "Network Server" to customer's Novell® 3.11 networks, supporting various different network protocols, such as "Ethernet™" and TCP/IP. Additionally noted is the Eastman Kodak "LionHeart™" system. A network publication noted is "Mastering Novell® Netware®", 1990, SYBEX, Inc., Alameda, Calif., by Cheryl E. Currid and Craig A. Gillett. Further noted are page description languages (PDL) for printers and systems as defined in "Interpress™: The Source Book", Simon & Schuster, Inc., New York, N.Y., 1988, by Harrington, S. J. and Buckley, R. R.; and Adobe Systems Incorporated "PostScript® Language Reference Manual", Addison-Wesley Co., 1990. Also noted is the Apple Corp. "Quickdraw™" software and its published materials.

Printers (and printer controllers or servers) are also sometimes referred to as "shared resources" in a networked environment. The server typically functions as a "spooler" to buffer the jobs that are sent to it, as well as a page description language (PDL) "decomposer", for converting the PDL files (e.g., "Interpress™" or "PostScript"®) to bitmapped files for application to the printer. Also of interest is Pennant Systems Co., Print Services Facility/2 (PFS/2), server-based software intended to act as a universal translator between various network protocols (LAN, TCP/IP and SNA) and printer document protocols (PCL and Postscript).

Another example of an established commercial integral system, with a shared printer and system server, comprises the Xerox Corporation "VP Local Laser Printing" software application package, which, together with the Xerox "4045" (or other) Laser Copier/Printer (CP), the "6085" "Professional Computer System" using Xerox Corporation "ViewPoint" or "GlobalView®" software and a "local printer (print service) Option" kit, comprises the "Documenter" system. The laser printer prints text and graphics with high quality resolution on a variety of paper sizes and special papers, including transparencies, labels, and envelopes. (When equipped with the optional copier feature, the "4045" CP also alternatively provides quick copies, functioning as a copier.) Printing occurs as a background process, enabling system users to continue with other desktop activities at their terminals. VP Local Laser Printing software can be loaded at a networked, remote, or standalone Xerox "6085" Professional Computer System (workstation).

Different workstations can access print services in different ways. To print a document, desirably the user can simply "copy" or "move" the document, with a mouse click or other command, to a printer icon on the workstation desktop, as on Xerox Corporation workstations. From other workstations such as the IBM PC's, the user may need to select menu items or type in commands to obtain access. The workstation selectable print

5,513,126

**3**

options can include the number of copies, selected pages to be printed, paper size, image orientation, a choice of printers, and phone numbers when sending to a facsimile device. In addition, the option sheet allows the user to specify whether to delete the "Interpress™" or other master, or retain it at the workstation desktop. Already print-formatted or master documents may be transmitted to the printer directly, eliminating the need to repeat the conversion or decomposition process if another copy of the document is desired. If saved, an "Interpress™" master can be stored at the file service or even mailed to one or more individuals via an electronic mail service. Utilizing an internetwork routing service, users can transmit "Interpress™" or other printing masters through a network and then across an internet, typically, via telephone lines, twisted pair wires, coaxial cables, microwaves, infrared, and/or other data links, allowing documents created in one location to be automatically routed to a print service and printer hundreds or even thousands of miles away, in seconds or minutes.

The recently announced Xerox Corporation developed "PaperWorks"™ product utilizes a special encoded fine pattern of special marks ("glyphs"), electronically recognized as such using PC computer software by the facsimile electronic image receiver. It was initially configured to operate on a conventional personal computer having a conventional internal fax card and a modem, electronic mail system or other network connection to telecommunications, and running "Windows"™ software. A "PaperWorks"™ fax form carries a coded identification region which, upon scanning, may be decoded by an appropriate processing system. This coded identification allows the system to determine which of several different pre-stored forms the received form is, and what its page layout is. From this, the system can also extract the necessary user-entered information from the form to facilitate processing. An important feature of the "PaperWorks"™ system is the use of data defining a control sheet image to provide information in accordance with which operations are performed on data defining a sequence of images (data defining images, not actual physical sheets of a medium). For example, the control sheet image can include information indicating a destination to which the fax server then transmits data defining said sequence of images.

The "User Handbook, Version 3.01" ©1988, for the Xerox "FaxMaster 21" product, indicates that it can automatically load hours of multi-page, multi-destination, facsimile transmission documents, and send them all with a few simple keystrokes, and can retrieve document from multiple locations, print them at the hub, store them on disk for later printout, or forward them to other facsimile terminals (automated store and forward). It provides electronic mail capability by storing documents for retrieval by remote network users. It provides confidential (electronic) mailboxes, enabling secure document reception for only authorized personnel. It utilizes a personal computer with software, and can use remote touch-tone telephone access to the hub unit. Of particular interest, especially re voice telephone notification to recipients of fax messages, is U.S. Pat. No. 4,654,718 to T. Sueyoshi, assigned to Fuji Photo Film Co.. It refers to facsimile correspondence containing codes for telephone numbers and sensors in the receiving equipment for reading these telephone codes. An "Octel System 200" voice mail system is called "outcall notification" and may be as follows: when one receives a message on his voice mail system that telephone system dials your pager number to alert you that you have a message. One's voice mail box number and pager number are both dedicated. Also, of

**4**

course, manually, for many years, a Western Union operator would call a person to let them know that their telegram came in.

The aforementioned systems, however, do not enable the sender of information on a network to identify the receiver's preferable form of receipt and respond accordingly. Nor do the aforementioned systems provide the receiver of information the capability of designating preferred forms of information receipt that can be automatically carried out by senders on the network. Given that hardware platforms and different software representations of identical information exist, more and more users require a system that establishes the preferred form with which their information should be received.

Accordingly it would be desirable to provide a system network wherein recipients of data on the network control the information flow and, particularly providing a network repository for receipt of information including control over the format, communication channel, and disposition of information sent.

It is an object of the present invention, therefore, to provide a new and improved method of data flow over a network. It is another object of the present invention to define the preferred form of receiving information such as physical properties (printed) or intermediate properties (electronic mail, digitally stored voice mail or facsimile mail) or services or devices such as printers, facsimiles, telephones and video terminals in a network repository. Still another object of the present invention is to be able to selectively group senders for preferred channels or preferred receipt status for data over a network. Other advantages of the present invention will become apparent as the following description proceeds, and the features characterizing the invention will be pointed out with particularity in the claims annexed to and forming a part of this specification.

## SUMMARY OF THE INVENTION

The present invention is a method for a sender to automatically distribute information to a receiver on a network using devices (such as printers and facsimile machines) and communication channels (such as electronic mail) defined in a receiver profile. The receiver profile establishes the properties and mode for receipt of information for receivers on the network and the profile is published in a network repository for all network users or is accessible by selected groups or individuals on the network. Receivers have additional control over network senders by defining an information filter which further controls sender channel access (to a receiver) by defining some channels as having priority of access such as direct or delayed access, as well as selectively permitting senders to override the receiver profile. Consequently, receiver profiles provide a variable receiver definable link to senders using multiple forms of media as well as multiple hardware platforms and network configurations.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the present invention, reference may be had to the accompanying drawings wherein the same reference numerals have been applied to like parts and wherein:

FIG. 1 is an illustration of a system environment incorporating the present invention;

FIG. 2 is an enlarged view of the multi-device user interface used on the display screens shown in FIG. 1, and

5,513,126

5                                                             6

which embody communication channels of the present invention.

FIG. 3 shows a schematic view of the system architecture used in the system environment of FIG. 1;

FIG. 4 shows a simulated screen image of a communication channel being published;

FIG. 5 shows a simulated screen image of a property of a communication channel being modified;

FIG. 6 is a flow chart showing the general steps involved with publishing a communication channel;

FIG. 7 shows a simulated screen image of receiver setable communication channel profile's;

FIG. 8 shows a simulated screen image of the access properties of a communication channel;

FIG. 9 shows a simulated screen image of information being sent using a communication channel;

FIG. 10 shows a simulated screen image of the status of the information being sent in FIG. 9;

FIG. 11 shows a simulated screen image of a communication channel of a receiver being optimized by a sender.

While the present invention will hereinafter be described in connection with a preferred embodiment thereof, it will be understood that it is not intended to limit the invention to that embodiment. On the contrary, it is intended to cover all alternatives, modifications, and equivalents, as may be included within the spirit and scope of the invention.

## DESCRIPTION OF EMBODIMENT

In the description herein the term "hard copy" refers to a sheet of paper or other such conventional individual physical image substrate, and not to electronic images. The term "document" refers to either a single page or multiple pages that can be represented either as hard copy or in some intermediate electronically stored format for later rendering to a human understandable form such as hard copy or video display. A "job" refer to one or more documents or sets of documents being sent to or received by a particular addressee or designee. Additionally, the term "multimedia" is defined herein as documents that relay information using audio and/or video, where video includes documents in the form of text, graphics and/or images.

"Multimedia" can also encompass any information such as "electronic mail", "facsimile", "voice-mail" or any other media transferable through network having interconnected printers, scanners, facsimile devices or file servers. Multimedia can be encoded in a plurality of formats (i.e., glyphs, page description languages, ASCII, bar code, etc.) in order to optimize the quantity of data required for storage and transmission efficiency as well as the speed with which the media is rendered to users (e.g., electronic images displayed or printed). Plural mode or "multifunction" systems or "devices" combine printing, scanning, editing, facsimile and message receiver printing capability, where one such capability is defined as a "service". The term "printer" encompasses hard copy output from various input sources, including facsimile, scanners, keyboard entry, and electronic document images input.

The term "electronic mail" (email) also has various broad meanings, and can include multimedia transmission by either external telephone lines, and/or shared internal networks using optical fiber, twisted wire pairs, coaxial cable, wireless transmissions, or other networking media, or combinations thereof, of documents for electronic remote terminal displays and/or printer hardcopy printouts, to any of the numerous addresses designated by the sender.

A. System Architecture

Referring now to the drawings and in particular to FIG. 1, an exemplary multimedia device information system or network 2 including work station 4 enables users to communicate in a transparent and device independent manner. Multimedia system 2 can be implemented using a variety of hardware platforms and includes devices for input including scanner or Digital Copier 5, keyboard 6, pointing device or mouse 7, microphone 8, and video camera 9. The system further has devices for output including display terminal 10, printer 11, and speakers 12. Input/output (I/O) devices include facsimile 13, file server 14, and telephone 15. Server 14 is configured central to or remote from work station 4 with public, shared and/or private data storage that is differentiated by user access rights. The server 14 includes relational database system 17, network administration system 18, mail system 19 (e.g. email, voice mail) and data storage and retrieval system 20, and can be physically configured using optical drives, hard drives, floppy drives and/or tape drives. The relational database system 17 provides systems with fast query and retrieval of data.

Workstation 4 operates in a collaborative environment, where users at different workstations 4 can work together in real time to process and distribute public, shared or private information existing in different forms. (Public data is defined herein as data accessible by anyone, shared data is defined as data accessible by a limited number of users and private data is data uniquely accessible by a single user.) Work station 4 can exist in a distributed or centralized environment. In either environment workstation 4 is connected to other systems and devices through local area network (LAN) 24, gateway 25, and/or modem 26. In distributed systems, a number of Work stations extend distributed processing and storage capabilities to each other, by providing for example redundant storage or a single mounting of a unique application. Workstation 4 includes an object oriented user interface (UI) 40 that uses icons and windows to represent various data objects and user applications such as a display illustrating an office desktop metaphor employing various abstractions of a typical office environment. User interfaces using windows and icons having an object oriented methodology to present metaphors for maintaining data, navigating through various user spaces and presenting abstract computer concepts are well known, an example of which is Globalview TM ("GV") software available from Xerox Corporation, which uses abstractions such as a desktop, inbasket, outbasket and documents.

FIG. 2 shows an embodiment of a multi-function device user interface 40 which is displayed on screens 10 of workstation 4, printer 11 and scanner 5. User interface (UI) 40 can operate remotely from any system; it is extensible across network services using remote windowing protocols such as X windows ("X Window System", W. Scheifler and James Gettys, Digital Equipment Corporation, U.S., 1992, ISBN 1-55558-088-2). For example, the user interface 40 on printer 11 is available remotely from any workstation 4 or alternate service such as scanner 5. Specifically, the user interface 40 is divided into three regions; resource bar 42, status bar 43, and service area 44. Resource bar 42 is a menu bar that provides users access to high level services that are integrated on network 24. Within the resource bar document source or suitcase 45 provides the user with a temporary storage space for documents. Suitcase 45 stores active and editable documents for easy movement across network services, or it is a transitional space where documents are stored while a user navigates through network 24.

5,513,126

7

Further, provided on resource bar **42** is network services menu **46** and network administration menu **47**. Network services menu **46** provides access to any networked service such as printer **11**, facsimile **13**, scanner **5**, file server **20** (private, shared and public file storage), database server **17**, mail servers (e.g. voice mail, email, etc.) **19**, ports (such as modem **26**, network gateway **25**), and other workstations **4**. Also, available in services area **44** are published communications channels **63** available from network admin **18**. These are channels that have been provided to a utility (not shown) that manages network administration **18**. These channels are included in a user profile that is provided by a user who would like receive data from other users on network **24**. Other utilities available in network admin **18** are distribution lists, service access lists and other domain and area network services. Network administration **47** provides users with access to utilities for identification and location of profiles and services. For example, network administration **47** includes information concerning user access privileges as well as resource privileges to file server access.

Status bar **43** is divided into three dedicated message areas, system message area **48**, device message area **49**, programming conflicts message and prompt area **50**. Text is updated in the message area **50** as system status changes. The message area **50** can be selected to reveal more detailed messages. For example, when a printer is down, the message area provides "Printer Down" message; further selection of the message area **50** provides more detail of causes for the printer to be down. Service area **44** groups and holds related services and features as well as provides user work space **51**. A selected device is identified on herald menu **52**, that is, cording on menu **52** provides utilities available to the named device **53**. For example, device **53** could be a network publishing system with scanning, printing and faxing services. Service bar **55** groups services available on service **53**. For example, a user could select a service module to access a specific document service (e.g. scan **56** or send **57**). Service sub bar **58** provides access to sub-services within service modules. Workspace **51** provides a user area for preparing documents for distribution, which can include publication and archival.

In particular, the send service **57**, which is a service displayed on service bar **55**, is selected and opened on user interface **40** as shown in FIG. 2. As shown in FIG. 2, the send service **57** has sub service bar **58**, with sub-services, quick-send **59** and distribution lists **60**. The send service **57** provides virtual links or communication channels to other users on network **24**. Channels **62** are published to the network by a receiver in the form of a receiver profile to provide the receiver with the flexibility to define the mode (facsimile, hardcopy, email, voice mail, etc.) that the receiver's information should be received. In essence, the communication channels **62** are receiver setable information filters. A single communication channel **63** is identified using the user's name **64** as well as location **65** and illustrative identification **66** (e.g. a scanned-in picture, graphic, icon, etc.). Distribution list **60** is a sub-service that provides similar functionality as a quick-send sub-service except that distribution lists are communication channels that are directed to groups of individuals. It is a means for a user to build district distribution lists. Distribution list **60** subservice provides either distribution lists published to the network or be created by individual users.

B. Channel Architecture

The channel architecture is based on a client-server relationship, where client facilities are applications that are exported to the network **24**, and server facilities are imported

8

from the network. In other words, clients access exported server functionality. Thus, some services (printer, scanners, and the like) may only export or provide server functionality while using no client functionality. As a result, both the channel client and channel server may operate on the same service as well as uniquely on different services. The architecture is shown in detail in FIG. 3, where an integrated client/server system **102** is operating with stand-alone client **104**, server **103** and communication channel admin server **105** that provides network administrative facilities such as storing communication channel information on disk **106**.

Common to both the client and server architecture is communication channel manager **110**. Manager **110** interfaces user interface **111** with network **24**, local storage disk **112** and cache **113**, receiver service **114** and sender service **115**. Listed in Appendix A is an example of an interface for manager **110** between user interface **111** and receiver and sender service **114** and **115**. Local storage available to manager **110** is in the form of long-term storage **112** (e.g. disk, floppy or tape) and short-term fast access, or cache storage, **113**. Receiver service **114** provides server functionality while sender service **115** provides client functionality to manager **110**. Manager **110** establishes virtual links or communication channels **63** either directly to other servers such as server **103** or indirectly through admin server **105**.

C. Channel Control (Receiver Service)

1. Channel Profile Publication

Communication channel control begins with the receiver defining the preferred form(s) that documents should take when received. The user activates profile **150**, shown in FIG. 4, by selecting display user profile command (not shown) from the network administration menu **47**. User profile **150** is completed by a user, for example Fred Smith, and published to network administration **105** using the publish command **151** on the profile herald bar **152**. Publication to other network users defines the preferred form with which the publisher, namely Fred Smith, desires his information to be received. Profile properties **153** are a number of different profile categories, each category can be either checked, locked, or unselected. If a category is unselected, then a category is neither locked nor checked. A checked category such as fax category box **155** identifies facsimile as the users established default receive preference. For example, given Fred Smith checked the fax box, then all facsimile documents sent to him are routed to the fax at the identified phone number in the profile properties **153**. In a similar manner, Fred Smith can set his preference for a particular page printer, color printer, or any other device to receive information. It should be noted that it is well within the scope of the present invention that multiple printers or devices can be listed or scrolled and the user or receiver can rank the devices or modes of communication in a priority of preference to receive information.

Also, the user or publisher can selectively lock choices or set-ups using a lock as shown in page printer box **156**. The lock function inhibits users from changing the published set up. The lock feature can be any hard or soft button or indicator to inhibit alteration of a specified mode or device. In other words, both a check box and a lock identify receiver preference, where the lock disables the ability of the sender to deviate from the published receiver profile. For example, users sending documents may desire changing the preferred printer, if unlocked, to enable color printing rather than black and white printing.

Each profile property **153** is further selectable through each box category as indicated above. For example, the page

5,513,126

9

printer selection window **159** shown in FIG. **5** depicts how users change the set-up of a particular category. Page printer window **159** opens as a result of double clicking on the page printer button **156**. Once the user, Fred Smith, has selected a preferred page printer by filling out the appropriate categories in window **159** including a privacy button P as shown, the user can either apply these selections or cancel them by selecting "Cancel" or "Close" on the herald bar of window **159**. The profile properties **153**, however, are not limited to those shown in user profile **150**. Any preferred form of receipt may be entered as a property in profile **150**, some examples include a video conferencing center and a voice mailbox.

The sequence of steps for publishing the user profile **150** (shown in FIGS. 4 and 5) with network administration **47** is depicted in FIG. **6**. In box **160**, the user opens the user profile by invoking the "open user profile" command (not shown) in the network administration menu **47**. In box **161**, manager **110** (FIG. 3) is activated with receipt of the open channel profile command identified as "Open Channel Profile" in Appendix A. To return the user profile, manager **110** queries channel profile database (DB) **112** for the logged on user's current profile. Alternatively, if the user profile is not available from local (DB) **112**, the admin server **105** is queried. Once the profile is returned to user interface (UI) **111**, the user can invoke any profile property displayed on profile **150**. In box **162**, the UI **111** dispatches any commands received from open profile **150**.

At box **163**, a profile property **153** has been selected. If the property is determined not to be complex at box **164**, the property specifications are displayed, at box **165**, as shown for example in FIG. **5** for the page printer selection window **159**. If the property is complex, then as illustrated at box **178**, additional lists or sub properties are accessed for display as further described below with respect to FIG. **8**. At any time after changing or simply viewing a profile property, a determination is made at UI **111** if any changes required at box **166** should be recorded. At box **167**, profile changes that have been enumerated are recorded by manager **110**. In both cases, (whether or not the profile property specifications have been modified) the control returns to box **162** where subsequent commands from profile **150** can be dispatched.

After making profile changes or simply after opening profile **150**, at box **168**, the profile can be published, either to network admin server **105** at box **169** or to groups or individuals identifiable on network **24** at box **170**. If groups or recipients have been identified, their identity is verified at box **171**. Subsequently, at box **175**, the user profile is published to the network or to an individual or groups of network users. However, before publication, elements in the profile **150** are updated in local database **112**, if they have been modified, in order that local and published profiles remain consistent. This is shown at box **172** where it is determined if there are modified profiles or properties and then updating the modified profiles in local data base **112** as shown in box **174**. After publication, profile **150** is closed as shown at box **176**, followed by waiting for the next user command at box **177**. (If no publication is required, the user can select the close command in the herald of profile **150**.)

### 2. Channel Access Control

From profile **150**, receive priorities **154** can be selected to open receive priorities window shown in FIG. **7** to select additional priorities for receipt of information based upon factors such as the identity or status of the sender. Direct access priorities **181** and delayed access priorities **182** establish the access control of a user's communication

10

channel **63**. In this case, priorities established by a user determine where information is to be received and what level of priority should be given to that information. Priorities **154** sorts network users into multiple directories such as directories **181** and **182**. Users in direct access directory **181** has the effect of placing received information or data from the users into a preferred location such as directly into the receiver's electronic mailbox whereas users in the delayed access directory **182** places received data in a remote or less accessible location. The delayed access directory **182** is a directory of all network users (e.g., a network directory). This directory is updated by manager **110** by querying admin server **105**. The user can move individuals from one directory to another simply by selecting the individual and moving its iconic representation to an alternate directory.

Additionally, access properties can be retrieved from any network supporting an admin server **105** by identifying the path **183** of the network. Access properties can be modified individually for each user listed in directories **181** and **182**, as shown, for example, for user Jill Doe in FIG. **8**. The sequence of steps required to establish channel access for different users is shown in FIG. **6**. At box **164**, receive priorities **154** has been selected. Since only necessary information is maintained locally to system **102**, remote admin server **105** is queried at box **178**. Displayed access properties **182** can be altered to the preference of the user. For example, the access rights property **186** specifies whether a sender's information is sent to a printer, to a queue or to a desktop. For instance, a receiver may provide an individual with "interrupt at desktop" privileges and another with a "reject" or busy return message. Priority property **187** ranks users as to their interrupt priority. Formatting property **188** provides the receiver with the ability to keep the senders finishing options (e.g. job ticket information). For example, a document sent may specify staple or bind for output specifications. Using formatting property **188**, a user can specify whether to ignore such document specifications.

To summarize, communication channel control includes channel profile publication, where a network user who is the receiver of a document has the capability to set forth either through publication to the network or in a more limited fashion to other network users (or groups of users through distribution lists) a profile describing the preferred form (facsimile, electronic mail, voice mail, hard copy, color or black, file server, etc.) and service (the specific printer, facsimile machine etc.) documents should take to be rendered. Thus, individuals always wanting their documents printed on a color printer can specify a specific printer and the appropriate format that document should take. As a result, users are provided with an ability to establish consistency in the form with which documents are to be received by each user on a network using a universal method (i.e. method which is easily accessible to everyone on the network).

### D. Channel Operation

To operate a communication channel such as channel **63**, select a document from document source **45** (e.g. report **34**) and move it to communication channel **63** as shown in FIG. **9**. Job status window **195** shown in FIG. **10** subsequently displays the document send progress. When sending a document through a communication channel without modifying its properties as shown in FIG. **11**, the channel takes on properties published by the receiver. Profile properties window **196**, open by a user sending information, displays properties of the channel device from the receiver's channel profile. In the example shown in FIG. **11**, Jane Roe's communication channel allows the sender of information to

5,513,126

**11**

select a document's disposition from either fax, page printer, color printer, or electronic mail. This option is enabled by the receiver at the time of channel publication. For example, this channel could have been forwarded to the current document sender by Jane Doe in order that this individual have adequate flexibility to send information. In this example, if the sender using system 4 had sent report **34** to Jane Roe without accessing Jane Roe's profile **196**, Jane Roe would have received report **34** over her Fax line (123-888-3456) since her Fax line is prioritized highest of the selected (checked) profile properties. It should be noted that it is well within the scope of the present invention to provide many alternate modes of identifying, listing, and accessing options, priorities, and defaults with respect to a receiver profile and making such options and priorities selectively accessible to potential individual senders as well as groups and categories of senders.

**12**

E. Summary Overview

Communication channels enable the recipients of documents in a network multimedia environment to define the form with which the document should take upon receipt. Initially, channel profiles are published to a defined network audience to establish a communication channel defined by the published profile. This enables a sender to distribute documents with a prior knowledge of the preferred disposition a document should have. An advantage derived from a receiver driven document distribution system is that information takes the form most desired by the document recipient. Communication channels help make systems more productive by enabling information receivers to have information in their desired format so that it does not need to be converted from multiple sender formats.

APPENDIX A

```
CommunicationChannel: DEFINITIONS =
    BEGIN
    -- TYPE DEFINITIONS
    StreetAddress: TYPE = RECORD [
        alias: AliasType,
        street: LONG STRING,
        town: LONG STRING,
        zipCode: LONG CARDINAL,
        company: LONG STRING,
        department: LONG STRING,
        mailStop: LONG STRING];
    AliasType: LONG POINTER TO ARRAY OF LONG STRING;
    ProfileOption: TYPE = RECORD [
        server: Address,
        preferredVersion: LONG CARDINAL,
        preferredFormat: LONG STRING,
        phoneNumber: LONG STRING,
        alternateProfile: ProfileOptionType]; -- e.g. fax goes direct to printer
    Command: TYPE = {update, ignore, publish, forward};
    Status: TYPE = {ok, errors};
    Address: TYPE = RECORD [address: LONG STRING, path: LONG STRING, alias: AliasType];
    SenderAccessRights: TYPE = {desktop, secondaryStorage, queue, reject};
    PriorityType: TYPE = {interrupt(0), high(1), medium(2), low(3), background(4),
ignore(5)};
    ReceivePriorityType: TYPE = {direct, delayed};
    AccessProperties: TYPE = RECORD [
        priority: PriorityType,
        accessRights: SenderAccessRights];
    ReceivePriorityRec: TYPE = RECORD [
        next: ReceivePriorities, -- link list of individual ReceivePriorities
        type: ReceivePriorityType,
        modified: BOOLEAN,
        profileID: FileID,
        profile: ChannelProfile,
        accessProperties: AccessProperties];
    SendProfilesRec: TYPE = RECORD [
        next: ReceivePriorities, -- link list of individual ReceivePriorities
        profile: ChannelProfile];
    SendProfiles: TYPE = LONG POINTER To SendProfilesRec;
```

APPENDIX B

```
    Profile: TYPE = RECORD [
        modified: BOOLEAN,
        enabled: BOOLEAN,
        cashed: BOOLEAN,
        locked: BOOLEAN, -- if locked by receiver then read only
        version: CARDINAL,
        priorityOfReciept: CARDINAL,
        profile: ProfileOption];
    ProfileOptionType: TYPE = {workstation, phone, fax, pagePrinter, colorPrinter,
        secondaryPrinter, email, audio, video, secondaryStorage};
        -- fax => use alternateProfile to establish incomming profile option
        -- phone =>server implies vmax server and path box
    ChannelProfilePtr: TYPE = LONG POINTER TO Profile;
```

5,513,126

**13**                                                                                      **14**

APPENDIX B-continued

```
ChannelProfileRec: TYPE = RECORD [
    preferredOption: ProfileOptionType,
    secondaryOption: ProfileOptionType,
    teriaryOption: ProfileOptionType,
    streetAddress: StreetAddress,
    profileArray: ARRAY ProfileOptionType OF ChannelProfilePtr];
      -- nil indicates the value is not specified
ChannelProfile: TYPE = LONG POINTER TO ChannelProfileRec;
  -- PROCEDURE DEFINITIONS
OpenChannelProfile: PROCEDURE [ ]
    RETURNS[channelProfile: ChannelProfile];
CloseChannelProfile: PROCEDURE [command: Command, profile: ChannelProfile,
    address: Address]
    RETURNS[status: Status, msg: LONG STRING];
OpenReceivePriorities: PROCEDURE [ ]
    RETURNS[receivePriorities: ReceivePriorities];
CloseReceivePriorities: PROCEDURE [command: Command, receivePriorities:
ReceivePriorities]
    RETURNS[status: Status, msg: LONG STRING];
ForwardProfile: [channelProfile: ChannelProfile, address: Address];
PublishProfile: [channelProfile: ChannelProfile];
OpenQuickSend: PROCEDURE [ ]
    RETURNS[sendProfiles: SendProfiles];
Send: PROCEDURE [channelProfile: ChannelProfile, data: LONG POINTER TO STREAM]
    RETURNS[status: Status, msg: LONG STRING];
END.
```

25

While the invention has been described with reference to the structure disclosed, it is not confined to the details set forth, but it is intended to cover such modifications or changes as may come within the scope of the following claims.

We claim:

1. In a network having a plurality of devices interconnected over a network channel having a plurality of network subscribers, the method of identifying the mode in which to transmit predetermined data from a given sender to a designated recipient on the network comprising the steps of:

identifying the recipient to receive the data from a database of network subscribers,

accessing the communication profile of the recipient for receiving said predetermined data from the database of network subscribers, said communication profile prioritizing different modes in which the designated recipient prefers to receive data from any network subscriber so that at least one device on the network to which the given sender can transmit the predetermined data to the designated recipient is identified,

responsive to the communication profile of the recipient for receiving said predetermined data, determining the designated recipient's preferred mode of receiving data, and

conveying the predetermined data from the given sender to a device on the network that corresponds to the recipient's preferred mode of receiving data designated by the communication profile of the recipient, so that the given sender is not required to convert data from one mode to another.

2. The method of claim 1 wherein the different modes in which to receive data in the profile of the designated recipient for receiving data includes a color printer and a black and white printer.

3. The method of claim 1 wherein the network includes printers, file and electronic mail servers, electronic workstations, and modems.

4. The method of claim 1 including the option of overriding the profile of a recipient for receiving said data from the given sender.

5. The method of claim 1 wherein the profile of a recipient for receiving said data is unalterable by the given sender.

6. In a network having a plurality of devices including electronic workstations and electronic printers interconnected over a network having a plurality of modes in which data is transmitted, the network being accessible by a plurality of subscribers, each subscriber having a priority listing of modes of data receipt recorded in a communication profile, the method of transmitting data to a subscriber on the network comprising the steps of:

identifying a given subscriber from the plurality of subscribers to receive data over the network, said identifying step accessing the communication profile of the given subscriber,

selecting from the communication profile of the given subscriber a mode in which to transmit data,

automatically specifying predetermined data to be conveyed to the given subscriber over the network channel in the mode of data identified by said selecting step, and

responsive to the identification of the given subscriber and the selection of a mode of data receipt specified by the given subscriber, transmitting the predetermined data in the mode specified by said specifying step to the given subscriber so that data is received in a convenient form.

7. The method of claim 6 wherein selected devices of said plurality of devices include user interfaces for identifying a given subscriber.

8. The method of claim 7 wherein the user interfaces include screen displays and icons for identifying a given subscriber.

9. The method of claim 8 wherein by identifying a given subscriber on a screen display, the mode in which to transmit the predetermined data to the given subscriber is automatically determined.

10. The method of claim 6 wherein the priority for receiving a mode of data includes access to alternate devices on the network for receiving data for a given subscriber.

11. The method of claim 10 wherein the alternate devices on the network for receiving data for a given subscriber include a facsimile machine, an electronic printer, and a disk memory.

5,513,126

**15**

12. In a network having a plurality of interconnected components including a network administrator, data memory devices, data display devices, and data printer devices, the network being accessible by a plurality of subscribers, a method of a first subscriber on the network determining a preferred mode of receipt of data from a second subscriber, the mode including at least one specified device, comprising the steps of:

said first subscriber setting a priority of components for receiving data,

storing said priority of components for receiving data in a network administrator, and

invoking said priority of components for the first subscriber for receiving data upon said second subscriber identifying data to be sent to said first subscriber.

13. The method of claim 12 including specifying categories of data and wherein the step of setting a priority of components for receiving data includes the step of designating alternate components to receive data sent over the network depending upon the specified categories of data.

14. A network comprising a plurality of components including data memory devices, data display devices, and a data printer device interconnected over a network channel, the network being accessible by a plurality of subscribers, means for setting a priority for modes of receiving data relative to the components for a first subscriber, means for storing said priority for modes of receiving data in a memory device, and means for automatically invoking said priority for modes of receiving data for the first subscriber upon a second subscriber identifying data to be sent to said first subscriber whereby data is transmitted to the first subscriber in accordance with said priority for modes of receiving data.

15. A network having a plurality of communication channels for communicating information between subscribers comprising:

a communication channel profile to define a priority for preferred modes of data receipt for selected subscribers over the network;

means for identifying a subscriber for receiving information over the network;

means for selecting data for transmission to said subscriber;

means for sending the selected data to said subscriber in response to the communication channel profile, and

means for receiving the data over a given communication channel of the network in accordance with the priority for receipt of data.

16. The network of claim 15 including an electronic workstation with a screen display and means for selecting a screen identification for the subscriber.

17. The network of claim 16 wherein the means for selecting a screen identification for the subscriber includes means for selecting an icon.

18. The network of claim 15 wherein the means for selecting data for transmission to said subscriber includes means for selecting an icon identifying the data.

19. The network of claim 15 wherein the means for sending the selected data to said subscriber includes means for moving said icon onto the screen identification for the subscriber.

20. A network having a plurality of devices interconnected over a network channel having a plurality of connecting paths for transmitting predetermined data from a given source to a designated recipient on the network comprising:

means for identifying the recipient to receive the data,

**16**

means for accessing the recipients profile for receiving said data, said profile designating a recipients priority of receiving the mode of data including designating a least one device on the network that accepts that mode of data,

means responsive to recipients profile for receiving said mode of data, for determining a set of connecting paths to transmit the predetermined data from the given source to the recipient, and

means for conveying the predetermined data from the given source to the device on the network designated by the recipient.

21. The network of claim 20 wherein the recipients profile for receiving data includes a priority of devices on the network and including electronic workstations and electronic printers.

22. The network of claim 20 including printers, file and electronic mail servers, electronic workstations, and modems.

23. The network of claim 20 including means for overriding the recipients profile for receiving said data.

24. The network of claim 20 including means for securing the recipients profile for receiving said data from alteration.

25. A system for distributing information on a network, comprising:

a server defining a first system element for receiving information;

a client defining a second system element for sending information to said server and disposed remotely from said server on the network, said client communicating with said server using the network;

a communication channel having properties defining a preferred mode of communication between said client and said server; and

a user interface adapted for virtual communication between said client and said server using said communication channel in order that said server receives information in the mode defined by the communication channel.

26. The system of claim 25 wherein said communication channel includes an access control for setting priorities of communications for said server.

27. The system of claim 26 wherein said access control provides direct access to said client.

28. The system of claim 26 wherein said access control provides indirect access to said client.

29. The system of claim 25 wherein communication channel properties are published on said network.

30. The system of claim 29 wherein publication is to a network repository, said repository managing communication channels for the network.

31. The system of claim 29 wherein the network includes a plurality of users and publication is to a user on the network.

32. The system of claim 25 wherein wherein the network includes a plurality of information receivers, selected receivers capable of publication of the receiver's communication channel.

33. The system of claim 32 including a screen on the user interface and wherein said communication channel is identifiable by an icon on the screen representing a given receiver.

34. The system of claim 25 wherein selected receivers define the communication channel properties.

35. The system of claim 25 wherein said communication channel properties are capable of modification by said client.

5,513,126

17

**36**. In a network interconnecting a plurality of network users having network access stations for communicating data over the network, a method for a given user to specify the mode of receipt of data from other users comprising the steps of:

  providing a set of devices for receipt of data over the network,

  selecting a subset of the set of devices, the subset including at least one device that is a preferred mode of data receipt of the given user,

  publishing the subset of the set of devices for access by given users on the network, and

  receiving data over the network from said given users in accordance with the subset of the set of devices.

**37**. The method of claim **36** wherein the given users are all users with access to the network.

**38**. The method of claim **36** wherein the given users are a restricted group of users.

**39**. The method of claim **36** wherein the devices include printer machines.

**40**. The method of claim **36** wherein the step of publishing the subset of the set of devices includes the step of publishing the subset in a network repository.

18

**41**. The method of claim **36** wherein the step of selecting a subset of the set of devices includes the step of setting a priority of devices within the subset for the receipt of data over the network.

**42**. The method of claim **46** wherein the network access stations include a user interface displaying said set of devices and a button for publishing the subset of the set of devices for all users with access to the network

**43**. The method of claim **42** including a button for publishing the subset of the set of devices for a restricted group of users.

**44**. The method of claim **36** wherein the network access stations include a user interface with display for receiving electronic mail over the network including the step of setting a priority for the receipt of electronic mail.

**45**. The method of claim **44** wherein the user interface includes multiple mail storage locations and the step of setting a priority for the receipt of electronic mail includes the step of storing electronic mail in selected mail storage locations.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 5,513,126                                    Page 1 of  1
APPLICATION NO. : 08/130828
DATED               : April 30, 1996
INVENTOR(S)      : Larry E. Harkins et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:


**Col. 11, line 5:**

     replace:         "Jane Doe"

     with:            --Jane Roe--

**Claim 20, col. 16, line 3:**

     replace:         "designating a"

     with:            --designating at--

**Claim 32, col. 16, line 56:**

     replace:         "wherein wherein"

     with:            --wherein--

**Claim 42, col. 18, line 9:**

     replace:         "network"

     with:            --network.--


Signed and Sealed this

Thirtieth Day of September, 2008


JON W. DUDAS
*Director of the United States Patent and Trademark Office*